18002.   GEORGIA CASUALTY COMPANY *et al.* v. KILBURN.

LUKE, J. This being an appeal from the judgment of the superior court affirming an award of the industrial commission under the workmen's compensation act, and the evidence failing to show that the death of the deceased arose out of and in the course of his employment, the judgment of the superior court was error.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 11, 1927.

Appeal; from Bibb superior court—Judge Mathews. February 5, 1927.

*Brock, Sparks & Russell,* for plaintiffs in error.

*Walter DeFore, James C. Estes, W. A. McClellan,* contra.

Workmen's Compensation Acts, C. J. p. 123, n. 47.